| | |
|---|---|
| 1 | Jared T. Walker (SB#269029) |
| 2 | 5750 Sunrise Blvd., suite 130<br>Citrus Heights, CA 95610 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@jwalker.law |
| 5 | Attorney for Plaintiff, |
| 6 | SANDRA L. SALTZMAN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALTZMAN, | Case No. 2:18-cv-02215-DMC |
| Plaintiff, | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL,<br>Deputy Commissioner of Operations for the<br>Social Security Administration, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be March 13, 2019. This is Plaintiff's first request for an extension of time. Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to conflicting deadlines in unrelated matters and the length and complexity of the administrative record in this case. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: February 11, 2019        Respectfully submitted,


        /s/ *JARED WALKER*
        Jared T. Walker,
        Attorney for Plaintiff

SO STIPULATED:

                                                MCGREGOR W. SCOTT
                                                United States Attorney

Dated: February 11, 2019        By:    /s/ *BEN A. PORTER**
                                                (**authorized by attorney Theophous H. Reagans via email on behalf of Ben A. Porter*)
                                                Ben A. Porter
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

                                                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: February 14, 2019

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE