| | |
|---|---|
| 1 | Jared T. Walker (SB#269029) |
| 2 | 5750 Sunrise Blvd., suite 130<br>Citrus Heights, CA 95610 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@jwalker.law |
| 5 | Attorney for Plaintiff, |
| 6 | SANDRA L. SALTZMAN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA L. SALTZMAN, | Case No. 2:18-cv-02215-DMC |
| Plaintiff, | STIPULATION FOR FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL,<br>Deputy Commissioner of Operations for the<br>Social Security Administration, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days until April 12, 2019. This is Plaintiff's second and final request for an extension of time. Plaintiff's counsel has been unable to timely prepare Plaintiff's opening brief due to beginning a full-time position at a law firm in February 2019 while remaining solely responsible for his own matters, including multiple social security disability appeals with concurrent deadlines. Counsel apologizes to the Court and defendant for the inconvenience this extension causes. With the Court's approval, the parties stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: March 12, 2019                    Respectfully submitted,


                                        /s/ *JARED WALKER*
                                        Jared T. Walker,
                                        Attorney for Plaintiff

SO STIPULATED:

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated: March 13, 2019         By:    /s/ *Ben A. Porter**
                                            (**authorized by email on 3/13/2019*)
                                            Ben A. Porter
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED NUNC PRO TUNC TO MARCH 13, 2019:

Dated: March 20, 2019

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE